GLENN W. TROST (State Bar No. 116203)
COUDERT BROTHERS LLP
333 South Hope Street, 23rd Floor
Los Angeles, California 90071
tel: (213) 229-2900
fax: (213) 229-2999

DAVID E. KILLOUGH (State Bar No. 110719)
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746
tel: (512) 542-8428
fax: (512) 236-3253

Attorneys for Plaintiff International Rectifier Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL RECTIFIER CORPORATION, <br><br> PLAINTIFF, <br><br> vs. <br><br> IXYS CORPORATION, AND DOES 1-10, <br><br> DEFENDANTS. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV-02-8507 R (CTx) <br><br> [~~PROPOSED~~] FINAL JUDGMENT FOLLOWING APPEAL <br><br> November 29, 2004 <br> 10:00 a.m. <br> The Honorable Manuel L. Real |

As the final judgment in this action, **IT IS ORDERED ADJUDGED AND DECREED** as follows:

1. Defendant IXYS Corporation ("IXYS") has infringed Claims 1 through 5 of plaintiff International Recifier Corporation's U.S. Patent No. 6,476,481 by making, using,

offering for sale and/or selling in, and/or importing into, the United States during the period November 5 - 19, 2002 IXYS ISOPLUS products which at that time were designated by part numbers DSEC29-06AC, IXFC80N10, IXFC26N50Q, DSEE29-12CC, DSEA59-06BC and IXKC25N80C (the "Infringing Products").

2. IXYS and its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment, are hereby prohibited and enjoined from making, using, offering for sale or selling in, or importing into, the United States, any Infringing Products or devices not more than colorably different from the Infringing Products.

Dated: **NOV 2 3 2004**

DICKRAN TEVRIZIAN
United States District Judge
для **MANUEL L. REAL**

Submitted by:

**COUDERT BROTHERS**

**VINSON & ELKINS L.L.P.**

By: _____
Glenn W. Trost
Attorneys for Plaintiff International Rectifier Corporation

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Attorneys for Defendant IXYS Corporation

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Hope Street, Los Angeles, California 90071.

On November 22, 2004, I served the foregoing document(s) described as

**[PROPOSED] FINAL JUDGMENT FOLLOWING APPEAL**

on the interested parties in this action, at the following addresses:

Roger L. Cook, Esq.
Townsend & Townsend & Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

( )   (For Collection). By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

(X)   (Overnight Delivery). By placing a true copy(ies) thereof enclosed in a sealed envelope(s) or package(s) as designated by Federal Express, addressed as above, and depositing said envelope(s) or package(s), with delivery fees provided for, in a box regularly maintained by Federal Express at 333 South Hope Street, Los Angeles, California 90071.

( )   (Courtesy copy via Facsimile). By transmitting a true copy(ies) thereof to each of the designated counsel on the service list to their facsimile numbers as listed below.

( )   (Personal Delivery). I caused to be served by messenger for personal delivery that same day the foregoing documents in a sealed envelope to the above persons at the address(es) listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 22, 2004, at Los Angeles, California.

*[signature]*